IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE J. THOMSEN,<br><br>      Plaintiff,<br><br>vs.<br><br>ALEGENT HEALTH, et al.,<br><br>      Defendants. | 8:08CV120<br><br>ORDER |

This matter is before the court on the defendants' motion (Filing No. 22) to continue the planning conference scheduled for November 14, 2008 at 9:00 a.m. The defendants represent that no other party objects to the request. Upon consideration,

**IT IS ORDERED:**

1. The defendants' motion (Filing No. 22) to continue the planning conference is granted as set forth below.

2. The **telephone** planning conference with the undersigned magistrate judge is continued to **November 24, 2008** at **9:30 a.m. Central Standard Time**. Defendants' counsel shall initiate the telephone conference.

DATED this 29th day of October, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge