IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE J. THOMSEN, | ) | Civil Action No. 8:08CV120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEGENT HEALTH, a Nebraska non-profit corporation; and ALEGENT HEALTH – IMMANUEL MEDICAL CENTER, a Nebraska non-profit corporation, | ) ) ) ) ) | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on the motion of the Plaintiff for entry of

an order of dismissal with prejudice.  The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Dismiss with

Prejudice is granted and the above captioned action is dismissed with prejudice and

with each party to pay its own costs and attorney's fees.

Dated this 9th day of June, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Court